THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MANGANO and Others. — Motion granted and appellants' time to bring appeal on for argument extended to November 12, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MANGANO and Others. — Preference granted for November 12, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. NELSON.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of 117–119 WEST FORTY-SIXTH STREET CORPORATION. WILLIAM BAYARD WILLIS, Respondent.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HERMINE DEBROVSZKY and Others v. S & S BUILDING CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin, and Sherman, JJ.

JAMES KEANE v. MERRILL WAIDE.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN JEFT.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MALVIN M. FRANKLIN v. ÆTNA LIFE INSURANCE COMPANY, HARTFORD, CONNECTICUT, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY JANE DURSO, by WILFRED B. GILLON, Her Guardian ad Litem, v. MICHAEL A. DURSO.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BLANCHE DAVIS v. BENJAMIN LEAVIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before November 10, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANNA FALCO, as Administratrix, etc., of CARMINE FALCO, Deceased, v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUISE DINEHART v. ALLAN DINEHART.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

VINCENT AVARELLO v. LOUIS WEINBERG and Another.— Motion to dismiss appeal denied on condition that appellant procure the printed record on appeal to be served upon respondent on or before November 2, 1931, and further, on condition that appellant file said record on appeal with the clerk of this court five days after it is duly returned to appellant by respondent. In the event the aforesaid conditions are not complied with by appellant, then an order may be entered by respondent, on three days' notice to appellant, dismissing the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEE AI.— Motion to dismiss appeal denied and appellant's time to file the record on appeal and appellant's points extended to and including the 15th day of November, 1931, with notice of argument